# United States Court of Appeals
## For the First Circuit

No. 21-1043

AMTAX HOLDINGS 227, LLC and TAX CREDIT HOLDINGS III, LLC,

Plaintiffs, Appellants,

v.

TENANTS' DEVELOPMENT II CORP. and TENANTS' DEVELOPMENT CORP.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on October 13, 2021 is corrected as follows:

On page 14, line 20, replace "Abraugh" with "Arbaugh".